IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN DOUGLAS RAYBURN, II,

    Plaintiff,

v.

APOGEE ENTERPRISES, INC.,

    Defendant,                          Case No. 23-cv-744-jdp

and

APOGEE WAUSAU GROUP, INC.,

    Defendant and Third-Party Plaintiff,

v.

RAYBURN FIRE SCENE INVESTIGATIONS, INC.,

    Third-Party Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Apogee Enterprises, Inc. ("Apogee Enterprises") against plaintiff John Douglas Rayburn, II, dismissing plaintiff's claims against Apogee Enterprises for lack of personal jurisdiction.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of third-party defendant Rayburn Fire Scene Investigations, Inc. against third-

party plaintiff Apogee Wausau Group, Inc. ("Apogee Wausau") dismissing Apogee Wausau's third-party claims against Rayburn Fire Scene Investigations.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff John Douglas Rayburn, II, against Apogee Wausau in the amount of $105,000 in accordance with the jury's verdict.

Approved as to form this 27Th day of May, 2025.

_____
James D. Peterson
District Judge

by _____ Deputy Clerk          5/27/2025
Joel Turner                             Date
Clerk of Court